

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00818-CV

**IN THE ESTATE OF** George **CARSON**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2019-PC-3843
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Given our disposition of this appeal, the pending motion to consolidate is DENIED AS MOOT.

We order the costs of this appeal to be paid by the parties who incurred them.

SIGNED December 13, 2023.

_____
Patricia O. Alvarez, Justice